FILED
2009 Jul-01 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM THOMPSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No. 2:09-CV-720-RDP |
| **LVNV FUNDING, LLC, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

This matter is before the court on the Notice of Settlement and Dismissal With Prejudice of LVNV Funding, LLC (Doc. # 19) filed by Plaintiff on June 30, 2009. It is hereby **ORDERED** that the action against Defendant LVNV Funding, LLC is **DISMISSED WITH PREJUDICE**. This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any of the remaining Defendants.

**DONE** and **ORDERED** this    1st    day of July, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE