# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM THOMPSON,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No. 2:09-CV-720-RDP |
| } | |
| **LVNV FUNDING, LLC, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

On July 21, 2009, the court stayed this case for thirty (30) days in order to allow Plaintiff to obtain a new lawyer if he so desired, or to otherwise inform the court as to how he wished to proceed in this matter in light of his former counsel's suspension from the practice of law. Plaintiff was to have filed a status report no later than August 20, 2009 detailing what efforts he had made to obtain a new attorney if new counsel has not appeared by that time. Plaintiff failed to respond to the July 21, 2009 Order or otherwise notify the court how he wishes to proceed in this matter.

On August 31, 2009, the court stayed this case for an additional thirty (30) days and ordered Plaintiff to file a status report no later than **October 1, 2009** informing the court how he wishes to proceed in this matter. Plaintiff also failed to respond to the August 31, 2009 Order.

Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

The Clerk is **DIRECTED** to forward a copy of this order to Plaintiff William Thompson, *pro se*, at the following address: 1917 14th Place, SW, Birmingham, AL 35211.

**DONE** and **ORDERED** this ___5th___ day of October, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE